# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hyman, Paul G. | U S Bankruptcy Court, SD FL | 11/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2011 to 12/31/2011 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Suite 801
1515 N Flagler Drive
West Palm Beach, FL 33401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1987 Trustee | Trust # 1 |
| 2. | 1987 Trustee | Trust # 2 |
| 3. | 2010 Trustee | ▓▓▓ Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 01/19/11-01/20/11 | Tampa, FL | Committee meeting | Transportation, food and lodging |
| 2. | ABI | 02/03/11-02/06/11 | Grand Cayman Islands | Lecture | Transportation, food, lodging and parking |
| 3. | NABJ | 04/04/11-04/06/11 | Palm Springs, CA | Committee meeting | Transportation, food, parking and lodging |
| 4. | ABA | 04/14/11-04/15/11 | Miami Beach, FL | Lecture | Transportation, meals, parking and lodging |
| 5. | FL Bar | 05/11/11-05/15/11 | Amsterdam, Netherlands | Committee meeting | Transportation, food, parking and lodging |
| 6. | UM Law School | 06/03/11 | Miami, FL | lecture | Transportation |
| 7. | FL Bar | 06/22/11-06/23/11 | Kissimmee, FL | Committee meeting | Transportation, food, parking and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

| 8. | ABA | 07/27/11-07/29/11 | Kiawah, Island, SC | Lecture | Transportation, food, and lodging |
|---|---|---|---|---|---|
| 9. | FL Bar | 09/02/11-09/04/11 | Naples, FL | Committee meeting | Transportation, food, parking and lodging |
| 10. | FL Bar | 11/30/11 | Ft lauderdale, FL | Committee meeting | Transportation |
| 11. | Centro de Estudios e Aperfeicoamento Funcional-Escola Superio | 11/30/11-12/03/11 | Sao Paolo, Brazil | Lecture | Transportation, food, parking and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hawaiin Elect | A | Dividend | K | T | | | | | |
| 2. Treasury | A | Interest | K | T | | | | | |
| 3. Met Life Financial | A | Dividend | J | T | | | | | |
| 4. Royal Bank of Scottland | A | Dividend | K | T | | | | | |
| 5. Oppenheimer Roch Nat Mun C | A | Interest | | | Sold | 01/12/11 | K | A | |
| 6. Legg Mansion | A | Interest | | | Sold | 01/12/11 | L | C | |
| 7. Pimco Real Ret | A | Interest | | | Sold | 01/12/11 | L | B | |
| 8. Met Life | D | Interest | M | T | Buy | 06/15/10 | M | | |
| 9. Oceanfreight | A | Dividend | | | Sold | 01/25/11 | J | | |
| 10. Washington St Muni | A | Interest | K | T | | | | | |
| 11. VOC Energy | B | Dividend | | | Buy | 05/05/11 | K | | |
| 12. Bristol Myers Squib Co | A | Dividend | | | Sold | 03/22/11 | K | C | |
| 13. FL Envirnomental Bond | A | Interest | K | T | | | | | |
| 14. Centurtel | A | Dividend | | | Sold | 12/23/10 | K | B | |
| 15. Sandridge Miss | B | Dividend | | | Buy (add'l) | 05/10/11 | L | | |
| 16. United Bank Shares | A | Dividend | L | T | Buy (add'l) | 05/13/11 | K | | |
| 17. Wells Fargo | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Enterprise Products Partners LP | A | Dividend | M | T | | | | | |
| 19. Verizon Comm | E | Dividend | | | Sold | 01/05/11 | K | C | |
| 20. KKR Financial | A | Dividend | | | Buy | 05/18/11 | L | | |
| 21. Vector Group | A | Distribution | | | Sold (part) | 01/18/11 | K | C | |
| 22. El Paso LP | A | Distribution | | | | | | | |
| 23. Encor Energy LP | A | Distribution | | | Merged (with line 209) | 12/01/11 | K | A | |
| 24. Frontier Comm | A | Dividend | | | Buy | 02/23/11 | K | | |
| 25. Cypress Sharpridge | A | Dividend | | | Sold | 04/11/11 | K | B | |
| 26. United Bankshares | A | Dividend | | | Buy (add'l) | 04/26/11 | K | | |
| 27. Hudson City Bancorp | A | Dividend | | | Sold | 03/02/11 | K | B | |
| 28. Bank Of America | A | Dividend | | | Buy | 01/31/11 | K | | |
| 29. Altria Group | A | Dividend | K | T | | | | | |
| 30. United Bankshares | A | Dividend | | | Sold (part) | 03/10/11 | K | D | |
| 31. AT&T | A | Dividend | | | Sold | 01/31/11 | K | C | |
| 32. Stonemor Partnership | A | Distribution | | | Buy | 05/18/11 | L | | |
| 33. United Bankshares | A | Dividend | | | Buy (add'l) | 05/18/11 | L | | |
| 34. Tesoro Logistics LP | A | Distribution | | | Buy | 05/25/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Salient MLP | A | Distribution | | | Buy | 05/26/11 | K | | |
| 36. Atlas Energy LP | B | Distribution | K | T | Buy | 06/03/11 | K | | |
| 37. EagleRockEnergy | B | Distribution | | | Buy | 06/03/11 | K | | |
| 38. Syngeta AG | A | Dividend | K | T | Buy | 06/15/11 | K | | |
| 39. Senior HSG PPTYS | A | Dividend | K | T | Buy | 06/28/11 | K | | |
| 40. VOC Energy | A | Distribution | | | Sold (part) | 07/19/11 | J | B | |
| 41. Salient MLP | A | Distribution | | | Sold (part) | 07/22/11 | K | A | |
| 42. Sandridge Miss | A | Dividend | | | Sold (part) | 07/22/11 | L | D | |
| 43. Energy Income | A | Int./Div. | | | Buy | 07/26/11 | L | | |
| 44. Hatteras Finl Corp | B | Dividend | K | T | Buy | 08/17/11 | K | | |
| 45. Mercury Genl | B | Dividend | K | T | Buy | 08/17/11 | K | | |
| 46. KKR Financial | A | Dividend | | | Sold | 08/29/11 | L | E | |
| 47. EV Energy | A | Distribution | K | T | Buy | 09/16/11 | K | | |
| 48. Otelco INC | A | Dividend | | | Buy (add'l) | 10/04/11 | J | | |
| 49. Regency Energy Partners LP | A | Distribution | M | T | Buy | 10/05/11 | K | | |
| 50. EagleRockEnergy | B | Distribution | | | Sold | 10/13/11 | J | A | |
| 51. Telecom Italia | A | Dividend | K | T | Buy | 11/09/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stonemor Partnership | A | Distribution | | | Buy (add'l) | 12/02/11 | K | | |
| 53. Terso Logistics | A | Distribution | | | Sold | 12/05/11 | L | B | |
| 54. Energy Income | A | Interest | | | Sold (part) | 12/15/11 | K | A | |
| 55. CenturyLink | A | Dividend | K | T | Buy | 12/27/11 | K | | |
| 56. Consolidated Tomoka LP | A | Dividend | K | T | Buy | 12/28/11 | J | | |
| 57. Nestle S A | A | Dividend | K | T | Buy | 12/28/11 | K | | |
| 58. Otelco Inc | A | Dividend | | | Sold (part) | 12/28/11 | J | A | |
| 59. IVA Worldwide | A | Dividend | L | T | Buy | 01/25/11 | L | | |
| 60. Park Natl Corp | A | Dividend | | | Buy (add'l) | 01/25/11 | K | | |
| 61. AK STL Holdings | A | Distribution | | | Buy | 02/22/11 | K | | |
| 62. Seadrill LTD | A | Distribution | | | Buy | 02/28/11 | K | | |
| 63. Frontier Communications | A | Dividend | | | Buy (add'l) | 03/03/11 | K | | |
| 64. PPL Corp | A | Dividend | L | T | Buy | 03/03/11 | K | | |
| 65. Kraton Performance | A | Dividend | | | Buy | 03/22/11 | K | | |
| 66. Mercer INTL | A | Dividend | | | Buy (add'l) | 04/11/11 | J | | |
| 67. AK STL Holdings | A | Distribution | | | Sold | 04/26/11 | K | B | |
| 68. Bank of America | A | Dividend | | | Sold (part) | 06/02/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | New York CMNTY BK | A | Dividend | | | Buy (add'l) | 06/02/11 | K | | |
| 70. | FIDUS INVT Corp | A | Dividend | K | T | Buy | 06/21/11 | K | | |
| 71. | Park NATL | A | Dividend | | | Sold | 08/09/11 | K | D | |
| 72. | General Elect | A | Dividend | | | Buy (add'l) | 08/09/11 | K | | |
| 73. | Berkshire Hathaway | A | Dividend | K | T | Buy | 08/08/11 | K | | |
| 74. | Kraton Performance | A | Dividend | | | Sold | 09/12/11 | K | B | |
| 75. | Frontier Commications | A | Dividend | | | Sold | 09/22/11 | L | D | |
| 76. | Vector Group | A | Dividend | K | T | Buy (add'l) | 08/31/11 | K | | |
| 77. | Southern Cooper Corp | A | Dividend | K | T | Buy | 09/23/11 | K | | |
| 78. | FIDUS INVT Corp | A | Dividend | | | Sold (part) | 10/03/11 | J | A | |
| 79. | New York CMNTY BK | A | Dividend | | | Sold | 11/17/11 | K | B | |
| 80. | General Elect | A | Dividend | | | Sold | 11/16/11 | L | A | |
| 81. | Seadrill | A | Distribution | | | Sold | 10/18/11 | L | D | |
| 82. | Mercer INTL Inc | A | Dividend | | | Sold | 10/19/11 | J | A | |
| 83. | Enduro RTY TR | A | Distribution | K | T | Buy | 12/23/11 | K | | |
| 84. | G & K SYCS Inc | A | Dividend | K | T | Buy | 12/23/11 | K | | |
| 85. | Locor INVT TR | A | Distribution | K | T | Buy | 12/23/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Mercer INTL Inc | A | Dividend | | | Buy (add'l) | 01/25/11 | K | | |
| 87. Patriot Coal Corp | A | Dividend | | | Buy | 01/25/11 | J | | |
| 88. U S Steel Corp | A | Dividend | | | Buy | 01/25/11 | K | | |
| 89. Visteon Corp | A | Dividend | | | Buy | 01/26/11 | K | | |
| 90. Safe Bulkers Inc | A | Dividend | | | Sold | 01/28/11 | K | A | |
| 91. Breitburn Energy Partnership | A | Distribution | | | Buy | 02/02/11 | L | | |
| 92. Stonemor Partners | A | Distribution | | | Buy (add'l) | 02/01/11 | K | | |
| 93. General Elect | A | Dividend | | | Buy | 02/02/11 | L | | |
| 94. Chimera Inv Corp | A | Dividend | | | Buy | 02/03/11 | K | | |
| 95. Teekay Tankers LTD | A | Distribution | | | Buy | 02/04/11 | K | | |
| 96. Body Cent Corp | A | Dividend | | | Buy | 02/14/11 | K | | |
| 97. El Paso Pipeline Partners | A | Distribution | | | Buy (add'l) | 02/14/11 | K | | |
| 98. Annaly Cap ManagementInc | A | Dividend | L | T | Buy | 02/15/11 | K | | |
| 99. Navios Maritime Partnership | A | Distribution | | | Buy | 02/16/11 | K | | |
| 100. Microsoft Corp | A | Dividend | L | T | Buy | 02/18/11 | L | | |
| 101. Nustar GP Holdings | A | Distribution | | | Buy (add'l) | 02/23/11 | K | | |
| 102. Otelco Inc | A | Dividend | | | Buy | 02/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Patriot Coal Corp | A | Dividend | | | Buy (add'l) | 02/28/11 | K | | |
| 104.  Buckeye Partnership | A | Dividend | K | T | Buy | 03/01/11 | K | | |
| 105.  Linn Energy LLC | A | Distribution | | | Buy | 03/01/11 | K | | |
| 106.  Oneok Partnership | A | Distribution | | | Buy | 03/01/11 | K | | |
| 107.  Enersis SA | A | Dividend | K | T | Buy | 03/02/11 | K | | |
| 108.  E V Energy LP | A | Distribution | | | Buy (add'l) | 03/04/11 | L | | |
| 109.  Tortoise Cap Res Corp | A | Dividend | | | Buy (add'l) | 03/07/11 | K | | |
| 110.  AK Stk Holdings | A | Distribution | | | Sold (part) | 03/10/11 | K | D | |
| 111.  ECA Marcellus TR | A | Distribution | | | Sold | 03/15/11 | L | C | |
| 112.  Stonemor Partnership | A | Distribution | | | Buy (add'l) | 03/16/11 | K | | |
| 113.  Natural Resource Partnership LP | A | Distribution | | | Buy | 03/17/11 | L | | |
| 114.  Patriot Coal Corp | A | Dividend | | | Buy (add'l) | 02/02/11 | J | | |
| 115.  U S Steel Corp | A | Dividend | | | Buy (add'l) | 02/02/11 | J | | |
| 116.  Stonemor Partners | A | Distribution | | | Buy (add'l) | 02/04/11 | K | | |
| 117.  Breitburn Energy Partners | A | Distribution | L | T | Buy (add'l) | 02/08/11 | K | | |
| 118.  Body Cent Corp | A | Dividend | | | Sold | 02/14/11 | K | B | |
| 119.  U S Steel Corp | A | Dividend | | | Buy (add'l) | 02/15/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Mercer Intl Inc | A | Dividend | | | Buy (add'l) | 02/15/11 | J | | |
| 121.  AK Holdings Corp | A | Dividend | | | Buy (add'l) | 02/16/11 | L | | |
| 122.  General Elect | A | Dividend | | | Buy (add'l) | 02/16/11 | K | | |
| 123.  Mercury Gen Corp | A | Dividend | K | T | Buy (add'l) | 02/16/11 | K | | |
| 124.  DorchesterMinerals LP | A | Distribution | | | Buy (add'l) | 03/22/11 | K | | |
| 125.  Visteon Corp | A | Dividend | | | Sold | 03/28/11 | K | B | |
| 126.  Central FD CDA LTD | A | Distribution | | | Buy | 03/30/11 | K | | |
| 127.  Sandridge Mississippi | A | Distribution | | | Buy | 04/07/11 | M | | |
| 128.  Central FD CDA LTD | A | Distribution | | | Sold | 04/18/11 | K | C | |
| 129.  Teekay Tankers LTD | A | Distribution | | | Sold | 04/27/11 | L | C | |
| 130.  Dorchester Minerals LP | A | Distribution | | | Sold | 05/04/11 | K | C | |
| 131.  U S Steel Corp | A | Dividend | | | Sold | 05/04/11 | K | C | |
| 132.  VOC Energy TR | A | Distribution | | | Buy (add'l) | 05/05/11 | L | | |
| 133.  Regency Energy Partners | A | Distribution | M | T | Buy (add'l) | 06/17/11 | L | | |
| 134.  CVR Partnership | A | Distribution | | | Buy | 06/28/11 | K | | |
| 135.  Navios Maritime Partners | A | Distribution | | | Sold | 06/28/11 | K | B | |
| 136.  Netapp Inc | A | Dividend | | | Buy | 07/11/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Patriot Coal Corp | A | Dividend | | | Sold (part) | 07/11/11 | K | C | |
| 138. Chimera INVT Corp | A | Distribution | | | Sold (part) | 07/13/11 | K | B | |
| 139. VOC Energy TR | A | Dividend | | | Sold | 07/20/11 | L | A | |
| 140. Ariad Pharmaceuticals Inc | A | Dividend | | | Buy | 07/25/11 | J | | |
| 141. CVR Partnership | A | Distribution | | | Buy (add'l) | 07/25/11 | K | | |
| 142. General Electric Co | A | Dividend | | | Sold (part) | 07/25/11 | L | C | |
| 143. CVR Partners | A | Distribution | L | T | Buy (add'l) | 07/27/11 | J | | |
| 144. Linn Energy LLC | A | Distribution | | | Sold | 07/27/11 | K | B | |
| 145. Patriot Coal Corp | A | Dividend | | | Buy (add'l) | 07/28/11 | K | | |
| 146. E V Energy Partners | A | Distribution | | | Buy (add'l) | 07/28/11 | K | | |
| 147. Stonemor Partners | A | Distribution | | | Sold (part) | 08/02/11 | K | C | |
| 148. Ariad Pharmaceuticals, Inc | A | Dividend | | | Buy (add'l) | 08/04/11 | K | | |
| 149. Mercury Gen Corp | A | Dividend | | | Buy (add'l) | 08/04/11 | K | | |
| 150. KKR Financial Holdings LLC | A | Distribution | | | Buy (add'l) | 08/08/11 | J | | |
| 151. Otelco Inc | A | Dividend | | | Buy (add'l) | 08/08/11 | K | | |
| 152. Sandridge Mississippi | A | Distribution | | | Sold (part) | 08/08/11 | J | A | |
| 153. Companhia Siderurgica Nacional | A | Dividend | K | T | Buy | 08/10/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Sandridge Mississippi | A | Distribution | | | Sold | 08/10/11 | M | E | |
| 155. Sandridge Permian TR | A | Distribution | M | T | Buy | 08/11/11 | M | | |
| 156. Natural Resource Partners LP | A | Distribution | L | T | Buy (add'l) | 08/17/11 | K | | |
| 157. Tudou Holdings LTD | A | Distribution | | | Buy | 08/17/11 | K | | |
| 158. Tudou Holdings LTD | A | Distribution | | | Buy (add'l) | 08/17/11 | K | | |
| 159. Netapp Inc | A | Dividend | | | Sold | 08/18/11 | K | C | |
| 160. Tortoise Cap Res Corp | A | Dividend | K | T | Sold (part) | 08/31/11 | K | B | |
| 161. Kinder Morgan Inc | A | Dividend | | | Buy | 08/24/11 | K | | |
| 162. Telefonica SA | A | Dividend | K | T | Buy | 08/24/11 | K | | |
| 163. Calumet Speciality Prods Partners | A | Distribution | | | Buy | 09/09/11 | K | | |
| 164. Chimera Invt Corp | A | Dividend | K | T | Buy (add'l) | 10/03/11 | J | | |
| 165. Patriot Coal Corp | A | Distribution | | | Sold | 10/03/11 | J | | |
| 166. E V Energy LP | A | Distribution | M | T | Buy (add'l) | 10/04/11 | K | | |
| 167. Nustar GP Holdings LLC | A | Distribution | | | Sold | 10/04/11 | L | C | |
| 168. Regency Energy Partners | A | Distribution | | | Buy (add'l) | 10/07/11 | K | | |
| 169. Hewlett Packard Co | A | Dividend | | | Buy | 10/11/11 | J | | |
| 170. Nuveen Div ADV Muni FD 3 | A | Distribution | | | Sold | 10/11/11 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. El Paso Pipeline Partners | A | Distribution | | | Sold | 10/17/11 | L | C | |
| 172. Energy Transfer Equity LP | A | Distribution | L | T | Buy (add'l) | 10/17/11 | K | | |
| 173. Kinder Morgan Inc | A | Dividend | | | Sold | 10/21/11 | K | B | |
| 174. Cheniere Energy Partners LP | A | Distribution | K | T | Buy | 10/26/11 | K | | |
| 175. Transocean LTD | A | Distribution | K | T | Buy | 12/14/11 | K | | |
| 176. Midcon Energy Partners | A | Distribution | L | T | Buy | 12/15/11 | L | | |
| 177. Kellogg Co | A | Dividend | K | T | Buy | 12/30/11 | K | | |
| 178. Otelco Inc | A | Dividend | | | Sold (part) | 12/30/11 | L | C | |
| 179. Stanely Black & Decker Inc | A | Distribution | K | T | Buy | 12/30/11 | K | | |
| 180. Oneok Partners LP | A | Distribution | | | Sold | 12/05/11 | L | C | |
| 181. Ford Motor Co | A | Dividend | K | T | Buy (add'l) | 11/16/11 | J | | |
| 182. Calumet Specialty Prods Partners | A | Distribution | | | Sold | 10/31/11 | K | B | |
| 183. Ford Motor Co | A | Dividend | | | Buy | 10/31/11 | K | | |
| 184. Mercury Gen Corp | A | Dividend | | | Sold (part) | 10/31/11 | K | | |
| 185. Stonemor Partners LP | A | Distribution | | | Sold (part) | 10/31/11 | K | B | |
| 186. Tudou Holdings LTD | A | Distribution | | | Sold | 10/31/11 | K | B | |
| 187. Ariad Pharmaceuticals, Inc | A | Dividend | K | T | Buy (add'l) | 11/07/11 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Hewlett packard Co | A | Dividend | K | T | Buy (add'l) | 11/08/11 | J | | |
| 189. Plains All American Pipeline LP | A | Distribution | M | T | Buy | 11/09/11 | L | | |
| 190. Mercer INTL Inc | A | Dividend | | | Sold | 11/10/11 | L | C | |
| 191. LRR Energy LP | A | Distribution | L | T | Buy | 11/11/11 | L | | |
| 192. Vector GroupLTD | A | Distribution | L | T | Buy | 05/13/11 | K | | |
| 193. Stonemor Partners LP | A | Distribution | L | T | Buy (add'l) | 05/23/11 | J | | |
| 194. Tesoro Logistics LP | A | Distribution | K | T | Buy (add'l) | 06/01/11 | K | | |
| 195. KKK Financial LLC | A | Distribution | J | T | Buy (add'l) | 06/14/11 | K | | |
| 196. VOC Energy TR | A | Distribution | | | Sold (part) | 07/20/11 | J | A | |
| 197. Salient MLP & Energy | A | Distribution | | | Sold | 07/28/11 | J | A | |
| 198. KKR Financial LLC | A | Distribution | | | Sold (part) | 11/09/11 | L | D | |
| 199. Energy Income | A | Int./Div. | | | Sold | 12/16/11 | K | C | |
| 200. AK Holdings Corp | A | Dividend | | | Buy (add'l) | 02/17/11 | K | | |
| 201. Seadrill Ltd | A | Distribution | | | Buy (add'l) | 02/28/11 | K | | |
| 202. Frontier Communications Corp | A | Dividend | | | Buy (add'l) | 03/03/11 | K | | |
| 203. Kraton | A | Dividend | | | Buy (add'l) | 03/25/11 | K | | |
| 204. Kraton | A | Dividend | | | Buy (add'l) | 06/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 11/13/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Bank Of America | A | Dividend | | | Sold | 10/10/11 | K | C | |
| 206. Otelco Inc | A | Dividend | J | T | Buy (add'l) | 10/10/11 | J | | |
| 207. Seadrill Ltd | A | Distribution | | | Buy (add'l) | 10/03/11 | K | | |
| 208. Otelco Inc | A | Dividend | M | T | Sold (part) | 12/23/11 | J | A | |
| 209. Vanguard Natural Resources | A | Distribution | K | T | Buy | 12/01/10 | | | |
| 210. Vanguard Exployer Funds | B | Distribution | J | T | Buy | 12/28/11 | J | | |
| 211. Duncan Energy Partners LP | B | Distribution | | | Merged (with line 18) | 09/08/11 | M | G | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On January, 2011, I personally received $1,296,518.55 and the ▮▮▮ Trust received $500,000 in proceeds on account of a malpractice claim against a doctor who caused ▮▮▮ death.

▮▮▮ pawsed away on June 15, 2010. ▮e had a life insurance policy with Met Life on ▮ life and I choose to let the insurance company retain the funds in an interest bearing account. I omitted this on my 2010 report through an oversight.

I omitted the selling Centurtel in my 2010 report through an oversight.

The assets owned by Trust # 1, Trust # 2 and ▮▮▮ Trust are listed in Section VII.

Encore Energy partners LP ( Section VII, Line 23 ) was merged into Vanguard Natural Resourses LLC ( Section VII, Line 209) on 12/01/11.

Duncan Energy Partners LP( Section VII, Line 211 ) merged into Enterprise Products LP (Section VII, line 18 ) on 09/08/11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Hyman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544